IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 91-2432

---

LAWRENCE M. BAREFORD,
Individually, et al.,

Plaintiffs-Appellants,

versus

GENERAL DYNAMICS CORPORATION, ET AL.,

Defendants-Appellees,

and

UNITED STATES OF AMERICA,

Intervenor-Appellee.

---

Appeal from the United States District Court
for the Southern District of Texas

---

( October 14, 1992 )

On Petition for Rehearing and Suggestion
for Rehearing En Banc

(Opinion September 16, 1992, 5th Cir.
1992, --- F.2d ---)

Before HIGGINBOTHAM and DUHÉ, Circuit Judges, and HUNTER,[*] District
Judge.

PER CURIAM:

We vacate part V of our opinion in <u>Bareford v. General
Dynamics Corp.</u>, --- F.2d --- (5th Cir. 1992), and substitute the
following therefor:

---

[*]Senior District Judge of the Western District of Louisiana,
sitting by designation.

Plaintiffs challenge on First Amendment grounds the district court order to the parties not to communicate any information about the litigation to anyone except essential legal staff.  We are persuaded that the maintenance of this order is a matter that must be remanded to the district court to examine in the first instance in light of this Court's rulings.

In all other respects, the order of the district court, dismissing plaintiffs' claims, is AFFIRMED.

The Petition for Rehearing is DENIED and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Federal Rules of Appellate Procedure and Local Rule 35) the Suggestion for Rehearing En Banc is DENIED.